# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Mary Jo A. Stoner<br><br><br>    Debtor | CHAPTER 13<br><br>BKY. NO. 19-23082 JAD |

## ENTRY OF APPEARANCE AND REQUEST FOR NOTICES

To the Clerk:

     Kindly enter my appearance on behalf of PNC BANK NATIONAL ASSOCIATION and index same on the master mailing list.

          Respectfully submitted,

          **/s/ Rebecca A. Solarz, Esquire**
          Rebecca A. Solarz, Esquire
          Attorney I.D. No. 315936
          KML Law Group, P.C.
          BNY Mellon Independence Center
          701 Market Street, Suite 5000
          Philadelphia, PA 19106
          412-430-3594
          rsolarz@kmllawgroup.com