# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Lavonia Jenkins<br>Edward L. Jenkins<br><br>Debtors | CHAPTER 13<br><br>BKY. NO. 19-15254 ELF |

## ENTRY OF APPEARANCE AND REQUEST FOR NOTICES

To the Clerk:

    Kindly enter my appearance on behalf of PENNSYLVANIA HOUSING FINANCE AGENCY and index same on the master mailing list.

                           Respectfully submitted,
                           **/s/ Rebecca A. Solarz, Esq**
                           Rebecca A Solarz, Esquire
                           KML Law Group, P.C.
                           701 Market Street, Suite 5000
                           Philadelphia, PA 19106-1532
                           (215) 627-1322