## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:  Lavonia Jenkins<br>        Edward L. Jenkins<br>                    Debtors<br><br>PENNSYLVANIA HOUSING FINANCE AGENCY,<br>its successors and/or assigns<br>                    Movant<br>    vs.<br><br>Lavonia Jenkins<br>Edward L. Jenkins<br>                    Debtors<br><br>William C. Miller Esq.<br>                    Trustee | CHAPTER 13<br><br><br><br><br>NO. 19-15254 ELF |

## PRAECIPE TO WITHDRAW

**TO THE CLERK OF THE BANKRUPTCY COURT:**

  Kindly withdraw the Notice of Appearance of PNC BANK NATIONAL ASSOCIATION, which was filed with the Court in error on or about **October 11, 2019; Docket No. 20.**

                    Respectfully submitted,

                    **/s/ Rebecca A. Solarz, Esquire**
                    Rebecca A. Solarz, Esquire
                    KML Law Group, P.C.
                    BNY Mellon Independence Center
                    701 Market Street, Suite 5000
                    Philadelphia, PA  19106
                    412-430-3594

October 15, 2019