

SEPTANow.org

Friday, September 6, 2019

Sign up for employee text alerts

## INSIDE.SEPTA.ORG

### NEW Check / Deposit Advice Information

SOUTHEASTERN PA TRANSP AUTH   H JENKINS, EDWARD L
AA21
14604

| DESCRIPTION | RATE | HOURS | EARNINGS | YEAR TO DATE | | TAXES & DEDUCTIONS | YEAR TO DATE |
|---|---|---|---|---|---|---|---|
| | | | | | FEDERAL TAX | 2571 | 256291 |
| | | | | | FICA/MED | 4006 | 259002 |
| | | | | | SUI TAX | 32 | 1977 |
| REGULAR EARNING | | 1600 | 35008 | 2985572 | PENNA | 1640 | 101397 |
| NIGHT SHIFT | | | 00 | 15 | PHILA | 2060 | 128275 |
| VAC PAY | | | 00 | 16912 | ROTH 457B POST | 2500 | 12500 |
| HOLIDAYPAY | | 000 | 17000 | 106617 | PENSIONSHORTGE | 00 | 5000 |
| PERSN'LDAY | | | 00 | 71211 | DUES SHORTAGE | 00 | 1027 |
| BACKFILL RETRO | | | 00 | 76584 | UNION DUES | 1027 | 94910 |
| OPT-OUT MED | | | 00 | 400000 | CO-PAY PENSION | 5000 | 170000 |
| UNIFORMALLOW | | | 00 | 39500 | LIFE INSUR. | 00 | 860 |
| VAC SELL BACK | | | 00 | 87915 | PRIMARY CHECK | 94484 | 1971444 |
| SICKTIME | | 1600 | | | | | |

FED WITHHOLD STATUS MARRIED    00 EXMPTS

| | EARNINGS | TAXES | DEDUCTIONS | NET PAY | PAY PERIOD | CHECK NUMBER | CHECK AMOUNT |
|---|---|---|---|---|---|---|---|
| CURR | 55408 | 10307 | 8527 | 34404 | 08-21-2019 | 128962504 | 34404 |
| YTD | 3346710 | 741022 | 224205 | 2381413 | | | |

SEPTA
1234 Market St
Philadelphia, PA 19107-3780

PNC BANK
XXXXXXXXXXXXXXXX

PRIMARY CHECK
944.84

TO THE
ORDER
OF

AA 21 14    606         L         14604
EDWARD L JENKINS                   08-30-2019
7923 BAYARD STREET
PHILADELPHIA PA  19150
                                   128962504
                            **NON-NEGOTIABLE**

Copyright ©2019 SEPTA. All rights reserved.




SEPTANow.org

Sign up for employee text alerts

Friday, September 6, 2019

## INSIDE.SEPTA.ORG

### NEW Check / Deposit Advice Information

SOUTHEASTERN PA TRANSP AUTH  M JENKINS, EDWARD L
AA21
14604

| DESCRIPTION | RATE | HOURS | EARNINGS | YEAR TO DATE | TAXES/DEDUCTIONS | | YEAR TO DATE |
|---|---|---|---|---|---|---|---|
| | | | | | FEDERAL TAX | 8327 | 253060 |
| | | | | | FICA/MED | 7905 | 240916 |
| | | | | | SUI TAX | 62 | 1945 |
| REGULAR EARNING | | 4000 | 89014 | 2349987 | PENNA | 3171 | 99097 |
| NIGHT SHIFT | | | 00 | 15 | PHILA | 3099 | 126207 |
| VAC PAY | | | 00 | 169126 | ROTH 457B POST | 2500 | 10000 |
| HOLIDAYPAY | | | 00 | 89014 | PENSIONSHORTGE | 00 | 5000 |
| PERSH'LDAY | | | 00 | 71211 | DUES SHORTAGE | 00 | 1027 |
| BACKFILL RETRO | | | 14200 | 78554 | UNION DUES | 1027 | 93001 |
| OPT-OUT MED | | | 00 | 400000 | CO-PAY PENSION | 5000 | 165000 |
| UNIFORMALLOW | | | 00 | 89500 | LIFE INSUR. | 00 | 600 |
| VAC SELL BACK | | | 00 | 97915 | PRIMARY CHECK | 71313 | 1936960 |

FED WITHHOLD STATUS MARRIED     00 EXMPTS

| | EARNINGS | TAXES | DEDUCTIONS | NET PAY | PAY PERIOD | CHECK NUMBER | CHECK AMOUNT |
|---|---|---|---|---|---|---|---|
| CURR | 103302 | 23462 | 8527 | = 71313 | 08-17-2019 | 120954723 | 71313 |
| YTD | 9299302 | 730625 | 215718 | = 2346959 | | | |

SEPTA
1234 Market St
Philadelphia, PA 19107-3780

PNC BANK                     PRIMARY CHECK
XXXXXXXXXXXXXXXXX            713.13

TO THE ORDER OF

AA 21 14    608       L       14604
EDWARD L JENKINS              08-23-2019
7929 BAYARD STREET
PHILADELPHIA PA 19150

120954723
**NON-NEGOTIABLE**

Copyright ©2019 SEPTA. All rights reserved.



SEPTANow.org

Friday, September 6, 2019

Sign up for employee text alerts

## INSIDE.SEPTA.ORG

### NEW Check / Deposit Advice Information

SOUTHEASTERN PA TRANSP AUTH   M JENKINS, EDWARD L

AN21
14604

| DESCRIPTION | RATE | HOURS | EARNINGS | YEAR TO DATE | | THIS DEDUCTIONS | YEAR TO DATE |
|---|---|---|---|---|---|---|---|
| | | | | | FEDERAL TAX | 6012 | 245333 |
| | | | | | FICA/MED | 6009 | 241013 |
| | | | | | SUI TAX | 53 | 1883 |
| REGULAR EARNING | | 4000 | 09014 | 226098 | PENNA | 2733 | 90726 |
| NIGHT SHIFT | | | 01 | 15 | PHILA | 3446 | 122206 |
| VAC PAY | | | 00 | 1691 | ROTH 457B POST | 2500 | 7500 |
| HOLIDAYPAY | | | 00 | 89014 | PENSIONSHORTGE | 00 | 5000 |
| PERSN'LDAY | | | 00 | 71211 | DUES SHORTAGE | 00 | 1027 |
| BACKFILL RETRO | | | 00 | 02256 | UNION DUES | 1027 | 32064 |
| OPT-OUT MED | | | 00 | 40000 | CO-PAY PENSION | 5000 | 160000 |
| UNIFORMALLOW | | | 00 | 30500 | LIFE INSUR. | 00 | 00 |
| VAC SELL BACK | | | 00 | 97015 | PRIMARY CHECK | 60894 | 186584 7 |

FED WITHHOLD STATUS MARRIED   00 EXMPTS

| | EARNINGS | TAXES | DEDUCTIONS | NET PAY | PAY PERIOD | CHECK NUMBER | CHECK AMOUNT |
|---|---|---|---|---|---|---|---|
| CURR | 80014 | 19893 | 8527 | = 60894 | | 120946770 | 60894 |
| YTD | 319000 | 70716 | 20718 | = 227561 | 08-10-2019 | | |

H

SEPTA
1234 Market St.
Philadelphia, PA 19107-3780

PNC BANK

XXXXXXXXXXXXXXXX

PRIMARY CHECK
608.34

TO THE
ORDER
OF

AN 21 14    000    L    14604
EDWARD L JENKINS              00-16-2019
7929 ORYARD STREET
PHILADELPHIA PA 19150

120946770
**NON-NEGOTIABLE**

Copyright ©2019 SEPTA. All rights reserved.




Friday, September 6, 2019

## INSIDE.SEPTA.ORG

### NEW Check / Deposit Advice Information

SOUTHEASTERN PA TRANSP AUTH   M JENKINS, EDWARD L

| DESCRIPTION | RATE | HOURS | EARNINGS | YEAR TO DATE | TAXES & DEDUCTIONS | | YEAR TO DATE |
|---|---|---|---|---|---|---|---|
| | | | | | FEDERAL TAX | 4176 | 230721 |
| | | | AA21 | | FICA/MED | 5446 | 234204 |
| | | | 14684 | | SUI TAX | 45 | 1830 |
| REGULAR EARNING | | 3200 | 71211 | 2171999 | PENNA | 2186 | 99993 |
| NIGHT SHIFT | | | 00 | 15 | PHILA | 2757 | 118762 |
| VAC PAY | | | 00 | 169126 | ROTH 4570 POST | 2500 | 5000 |
| HOLIDAYPAY | | | 00 | 89014 | PENSIONSHORTGE | 2500 | 5000 |
| PERSN'LDAY | | | 00 | 71211 | DUES SHORTAGE | 00 | 1027 |
| BACKFILL RETRO | | | 00 | 62286 | UNION DUES | 1027 | 51837 |
| OPT-OUT MED | | | 00 | 400000 | CO-PAY PENSION | 5000 | 155000 |
| UNIFORMALLOW | | | 00 | 39500 | LIFE INSUR. | 100 | 800 |
| VAC SELL BACK | | | 00 | 97915 | PRIMARY CHECK | 45474 | 1804819 |
| SICKTIME | | 800 | | | | | |

FED WITHHOLD STATUS MARRIED   00 EXMPTS

| | EARNINGS | TAXES | DEDUCTIONS | NET PAY | PAY PERIOD | CHECK NUMBER | CHECK AMOUNT |
|---|---|---|---|---|---|---|---|
| CURR | 71211 | 14610 | 11127 | 45474 | 08-09-2019 | 128930975 | 45474 |
| YTD | 3100986 | 607510 | 190664 | 2214812 | | | |

H

SEPTA
1234 Market St
Philadelphia, PA 19107-3780

PNC BANK
XXXXXXXXXXXXXXXXX

PRIMARY CHECK
454.74

```
TO THE      AA 21 14   606      L     14684
ORDER       EDWARD L. JENKINS         08-09-2019
OF          7923 BAYARD STREET
            PHILADELPHIA PA 19150
                                      128930975
                                      NON-NEGOTIABLE
```

Copyright ©2019 SEPTA. All rights reserved.




Friday, September 6, 2019

## INSIDE.SEPTA.ORG

### NEW Check / Deposit Advice Information

SOUTHEASTERN PA TRANSP AUTH   M JENKINS, EDWARD L
AA21
14004

| DESCRIPTION | RATE | HOURS | EARNINGS | YEAR TO DATE | | TAXES & DEDUCTIONS | YEAR TO DATE |
|---|---|---|---|---|---|---|---|
| REGULAR EARNING | | 4000 | 09014 | 210072 | FEDERAL TAX | 6312 | 234545 |
| NIGHT SHIFT | | | 00 | 45 | FICA/MED | 8610 | 228756 |
| VAC PAY | | | 00 | 169126 | SUI TAX | 59 | 1707 |
| HOLIDAYPAY | | | 00 | 89014 | PENNA | 2733 | 91007 |
| PERSN'LDAY | | | 00 | 71211 | PHILA | 9446 | 116005 |
| BACKFILL RETRO | | | 00 | 62280 | ROTH 457B POST | 2500 | 2500 |
| OPT-OUT MED | | | 00 | 400000 | PENSIONSHORTGE | 2500 | 2500 |
| UNIFORMALLOW | | | 00 | 39508 | DUES SHORTAGE | 1027 | 1027 |
| VAC SELL BACK | | | 00 | 07015 | UNION DUES | 1027 | 80010 |
| SUSPEND | | | | | CO-PAY PENSION | 5000 | 150000 |
| | | | | | LIFE INSUR. | 08 | 708 |
| | | | | | PRIMARY CHECK | 57606 | 1759539 |

FED WITHHOLD STATUS MARRIED    00 EXMPTS

|  | EARNINGS | TAX | DEDUCTIONS | NET PAY | PAY PERIOD | CHECK NUMBER | CHECK AMOUNT |
|---|---|---|---|---|---|---|---|
| CURR | 89014 | 19394 | 12014 | 57606 | 07-27-2019 | 120931124 | 57606 |
| YTD | 3029775 | 672000 | 187537 | 2169538 | | | |

SEPTA
1234 Market St.
Philadelphia, PA 19107-3780

PNC BANK

XXXXXXXXXXXXXXXX

PRIMARY CHECK
576.06

TO THE
ORDER
OF

AA 21 14   606           L       14004
EDWARD L JENKINS                 08-02-2019
7923 BAYARD STREET
PHILADELPHIA PA 19150

120931124
**NON-NEGOTIABLE**

Copyright ©2019 SEPTA. All rights reserved.