UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In Re:  Edward L. and Lavonia Jenkins
Bankruptcy No. 19-15254 elf
Adversary No.
Chapter 13

Date:   October 31, 2019

To:   Rebecca A. Solarz, Esq.
701 Market St., Ste 5000
Philadelphia, PA 19106-1532

## NOTICE OF INACCURATE FILING

Re:  Notice of Appearance

The above pleading was filed in this office on **October 30, 2019.** Please be advised that the following document(s) filed contains a deficiency as set forth below:

( )   Debtor's name does not match case number listed
( )   Debtor's name and case number are missing
( )   Wrong PDF document attached
( )   PDF document not legible
( )   Notice of Motion/Objection
( )   Electronic Signature missing
(**XX**)   Other - Notice of Appearance has incorrect case #, incorrect case name /or filed on incorrect case.

In order for this matter to proceed, please submit the above noted correction within fourteen (14) days from the date of this notice. All replies with appropriate corrections should be submitted to the e-mail address of **qc@paeb.uscourts.gov** . Otherwise, the matter will be referred to the Court.

Timothy B. McGrath
Clerk

By: s/Keith R. Borzillo
Deputy Clerk

CM-ECF 14 day notice.frm
4/30/04