# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:  Lavonia Jenkins<br>Edward L. Jenkins<br>                    Debtors<br><br>PENNSYLVANIA HOUSING FINANCE AGENCY,<br>its successors and/or assigns<br>                    Movant<br>           vs.<br><br>Lavonia Jenkins<br>Edward L. Jenkins<br>                    Debtors<br><br>William C. Miller Esq.<br>                    Trustee | CHAPTER 13<br><br><br><br><br>NO. 19-15254 ELF |

## PRAECIPE TO WITHDRAW

**TO THE CLERK OF THE BANKRUPTCY COURT:**

   Kindly withdraw the Notice of Appearance of Quicken Loans, Inc., which was filed with the Court in error on or about **October 30, 2019; Docket No. 24.**

                                                Respectfully submitted,

                                                **/s/ Rebecca A. Solarz, Esquire**
                                                Rebecca A. Solarz, Esquire
                                                KML Law Group, P.C.
                                                BNY Mellon Independence Center
                                                701 Market Street, Suite 5000
                                                Philadelphia, PA  19106
                                                412-430-3594

November 5, 2019