IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re:<br><br>EDWARD L. JENKINS and<br>LAVONIA JENKINS,<br>    Debtors<br><br>CONSUMER PORTFOLIO SERVICES, INC.<br>    Movant<br>    v.<br><br>EDWARD L. JENKINS,<br>LAVONIA JENKINS, and<br>WILLIAM C. MILLER, Chapter 13 Trustee,<br>    Respondents | Bankruptcy No. 19-15254-elf<br><br>Chapter 13<br><br>Document No. 16, 19 |

## ORDER OF COURT

AND NOW, this 12th day of December, 2019, upon consideration of the parties'

Stipulation Resolving Motion for Relief from the Automatic Stay (Doc. # 35), it is hereby ORDERED that

the Stipulation is **APPROVED**

_____
Eric L. Frank
U.S. Bankruptcy Judge