```
                       United States Bankruptcy Court
                       Eastern District of Pennsylvania
```

In re:                                                        Case No. 19-15254-elf
Edward L Jenkins                                              Chapter 13
Lavonia Jenkins
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0313-2        User: ChrissyW           Page 1 of 1          Date Rcvd: Dec 12, 2019
                            Form ID: pdf900          Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 14, 2019.
db             +Edward L Jenkins,    7923 Bayard Street,    Philadelphia, PA 19150-1305

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                         TOTAL: 0

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 14, 2019                              Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 12, 2019 at the address(es) listed below:
              GEORGETTE   MILLER    on behalf of Joint Debtor Lavonia  Jenkins info@georgettemillerlaw.com,
               georgettemillerlaw@gmail.com;mlee@georgettemillerlaw.com;gmecfmail@gmail.com;cfink@georgettemillerlaw.com;smithcr50524@notify.bestcase.com;millergr50524@notify.bestcase.com;dmayberry@georgettemillerlaw.com
              GEORGETTE   MILLER    on behalf of Debtor Edward L Jenkins info@georgettemillerlaw.com,
               georgettemillerlaw@gmail.com;mlee@georgettemillerlaw.com;gmecfmail@gmail.com;cfink@georgettemillerlaw.com;smithcr50524@notify.bestcase.com;millergr50524@notify.bestcase.com;dmayberry@georgettemillerlaw.com
              KERI P EBECK    on behalf of Creditor   Consumer Portfolio Services, Inc kebeck@bernsteinlaw.com,
               jbluemle@bernsteinlaw.com
              PAMELA ELCHERT THURMOND    on behalf of Creditor   CITY OF PHILADELPHIA pamela.thurmond@phila.gov,
               karena.blaylock@phila.gov
              REBECCA ANN SOLARZ    on behalf of Creditor   PENNSYLVANIA HOUSING FINANCE AGENCY
               bkgroup@kmllawgroup.com
              REBECCA ANN SOLARZ    on behalf of Creditor   PNC BANK NATIONAL   ASSOCIATION
               bkgroup@kmllawgroup.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,   philaecf@gmail.com
              WILLIAM EDWARD CRAIG    on behalf of Creditor   Americredit Financial Services, Inc. Dba GM
               Financial ecfmail@mortoncraig.com,   mhazlett@mortoncraig.com;mortoncraigecf@gmail.com
                                                                                              TOTAL: 9

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re:<br><br>EDWARD L. JENKINS and<br>LAVONIA JENKINS,<br>    Debtors<br><br>CONSUMER PORTFOLIO SERVICES, INC.<br>    Movant<br>    v.<br><br>EDWARD L. JENKINS,<br>LAVONIA JENKINS, and<br>WILLIAM C. MILLER, Chapter 13 Trustee,<br>    Respondents | Bankruptcy No. 19-15254-elf<br><br>Chapter 13<br><br>Document No. 16, 19 |

ORDER OF COURT

AND NOW, this 12th day of December, 2019, upon consideration of the parties'

Stipulation Resolving Motion for Relief from the Automatic Stay (Doc. # 35), it is hereby ORDERED that

the Stipulation is **APPROVED**

Eric L. Frank
U.S. Bankruptcy Judge