IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re:<br><br>EDWARD L. JENKINS and<br>LAVONIA JENKINS,<br>　　　　Debtors<br><br>CONSUMER PORTFOLIO SERVICES, INC.<br>　　　　Movant<br>　　v.<br><br>EDWARD L. JENKINS,<br>LAVONIA JENKINS, and<br>WILLIAM C. MILLER, Chapter 13 Trustee,<br>　　　　Respondents | Bankruptcy No. 19-15254-elf<br><br>Chapter 13<br><br>Related to Doc. No. 35, 38 |

## ORDER OF COURT

AND NOW, this 19th day of March, 2020, upon consideration of the foregoing *Certification of Default of Six-Month Stipulation Resolving Motion for Relief from the Automatic Stay*, it is hereby **ORDERED** that relief from the automatic stay pursuant to 11 U.S.C. § 362 is granted as to the interest of Consumer Portfolio Services in the 2016 Honda Civic Sedan that was the subject of the parties' prior Stipulation.

_____
Eric L. Frank
United States Bankruptcy Court Judge