United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                    Case No. 19-15254-elf
Edward L Jenkins                                                          Chapter 13
Lavonia Jenkins
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0313-2         User: ChrissyW              Page 1 of 1               Date Rcvd: Mar 19, 2020
                             Form ID: pdf900             Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Mar 21, 2020.
db            +Edward L Jenkins,   7923 Bayard Street,   Philadelphia, PA 19150-1305

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
14377423      +E-mail/Text: bankruptcy@consumerportfolio.com Mar 20 2020 03:30:40      Consumer Portfolio Svc,
               Po Box 57071,   Irvine, CA 92619-7071
                                                                                              TOTAL: 1

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 21, 2020                                    Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on March 19, 2020 at the address(es) listed below:
              GEORGETTE  MILLER    on behalf of Joint Debtor Lavonia   Jenkins info@georgettemillerlaw.com,
               georgettemillerlaw@gmail.com;mlee@georgettemillerlaw.com;gmecfmail@gmail.com;cfink@georgettemille
               rlaw.com;smithcr50524@notify.bestcase.com;millergr50524@notify.bestcase.com;dmayberry@georgettemi
               llerlaw.com
              GEORGETTE  MILLER    on behalf of Debtor Edward L Jenkins info@georgettemillerlaw.com,
               georgettemillerlaw@gmail.com;mlee@georgettemillerlaw.com;gmecfmail@gmail.com;cfink@georgettemille
               rlaw.com;smithcr50524@notify.bestcase.com;millergr50524@notify.bestcase.com;dmayberry@georgettemi
               llerlaw.com
              KERI P EBECK    on behalf of Creditor   Consumer Portfolio Services, Inc kebeck@bernsteinlaw.com,
               jbluemle@bernsteinlaw.com
              PAMELA ELCHERT THURMOND    on behalf of Creditor   CITY OF PHILADELPHIA pamela.thurmond@phila.gov,
               karena.blaylock@phila.gov
              REBECCA ANN SOLARZ    on behalf of Creditor   PNC BANK NATIONAL  ASSOCIATION
               bkgroup@kmllawgroup.com
              REBECCA ANN SOLARZ    on behalf of Creditor   PENNSYLVANIA HOUSING FINANCE AGENCY
               bkgroup@kmllawgroup.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,   philaecf@gmail.com
              WILLIAM C. MILLER, Esq.     on behalf of Trustee WILLIAM C. MILLER, Esq. ecfemails@ph13trustee.com,
               philaecf@gmail.com
              WILLIAM EDWARD CRAIG    on behalf of Creditor   Americredit Financial Services, Inc. Dba GM
               Financial ecfmail@mortoncraig.com,   mhazlett@mortoncraig.com;mortoncraigecf@gmail.com
                                                                                             TOTAL: 10

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re:<br><br>EDWARD L. JENKINS and<br>LAVONIA JENKINS,<br>　　　　Debtors<br><br>CONSUMER PORTFOLIO SERVICES, INC.<br>　　　　Movant<br>　　v.<br><br>EDWARD L. JENKINS,<br>LAVONIA JENKINS, and<br>WILLIAM C. MILLER, Chapter 13 Trustee,<br>　　　　Respondents | Bankruptcy No. 19-15254-elf<br><br>Chapter 13<br><br>Related to Doc. No. 35, 38 |

## ORDER OF COURT

AND NOW, this 19th day of March, 2020, upon consideration of the foregoing *Certification of Default of Six-Month Stipulation Resolving Motion for Relief from the Automatic Stay*, it is hereby **ORDERED** that relief from the automatic stay pursuant to 11 U.S.C. § 362 is granted as to the interest of Consumer Portfolio Services in the 2016 Honda Civic Sedan that was the subject of the parties' prior Stipulation.

_____
Eric L. Frank
United States Bankruptcy Court Judge