# UNITED STATES BANKRUTPCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:  
EDWARD L JENKINS  
LAVONIA JENKINS

Chapter 13

Debtor

Bankruptcy No. 19-15254-ELF

## ORDER

AND NOW, upon consideration of the Motion to Dismiss Case filed by William C. Miller, Standing Trustee, and after notice and hearing, it is hereby **ORDERED** that this case is **DISMISSED** and that any wage orders previously entered are **VACATED**.

Date: May 6, 2020

_____  
Eric L. Frank  
Bankruptcy Judge

William C. Miller, Trustee  
P.O. Box 1229  
Philadelphia, PA  19105

Debtor's Attorney:  
GEORGETTE MILLER  
335 EVESHAM AV

LAWNSIDE, NJ 08045-

Debtor:  
EDWARD L JENKINS  
LAVONIA JENKINS  
7923 BAYARD STREET

PHILADELPHIA, PA 19150-