United States Bankruptcy Court
Eastern District of Pennsylvania

```
In re:                                                              Case No. 19-15254-elf
Edward L Jenkins                                                    Chapter 13
Lavonia Jenkins
        Debtors
```

# CERTIFICATE OF NOTICE

```
District/off: 0313-2          User: ChrissyW            Page 1 of 3          Date Rcvd: May 06, 2020
                              Form ID: pdf900           Total Noticed: 71
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
May 08, 2020.
```
db/jdb         +Edward L Jenkins,    Lavonia Jenkins,    7923 Bayard Street,    Philadelphia, PA 19150-1305
14377416        Acceptance Now,    Acceptance Now Customer Service,    501 Headquarters Dr,   Plano, TX 75024
14391533       +AmeriCredit Financial Services,    GM Financial,    c/o William E. Craig, Esquire,
                 Morton & Craig, LLC,    110 Marter Ave.Suite 301,    Moorestown, NJ 08057-3125
14377418       +AmeriFinancial Solutions. Llc,    Po Box 65018,    Baltimore, MD 21264-5018
14377419       +Avon Products,    headquarters,    777 Third Avenue,    New York, NY 10017-1401
14377420      ++CAINE & WEINER COMPANY,    12005 FORD ROAD 300,    DALLAS TX 75234-7262
               (address filed with court: Caine & Weiner,    Po Box 5010,    Woodland Hills, CA 91365)
14377424        Credence Resource Mgmt., LLC,    P.O. Box 2390,    Southgate, MI 48195-4390
14377430       +Fed Loan Servicing,    Po Box 69184,    Harrisburg, PA 17106-9184
14377431       +Fed Loan Servicing,    Po Box 60610,    Harrisburg, PA 17106-0610
14377437        Fiserv,    PO BOX 2168,    Columbus, OH 43216-2168
14377442        Jefferson University Physicians,    Physician Business Services,    PO BOX 40089,
                 Philadelphia, PA 19106-0089
14377443       +Linebarger Goggan Blair & Sampson, LLP,    P.O. Box 90128,    Harrisburg, PA 17109-0128
14377444       +Medical Revenue Service,    645 Walnut St, Ste 5,    Gadsden, AL 35901-4173
14377446        New Avon LLC,    PO BOX 405003,    Cincinnati, OH 45240-5003
14377447       +One Advantage, LLC,    PO BOX 23918,    Belleville, IL 62223-0918
14404008       +PENNSYLVANIA HOUSING FINANCE AGENCY,    C/O KML Law Group,    701 Market Street Suite 5000,
                 Philadelphia, PA. 19106-1541
14404208       +PENNSYLVANIA HOUSING FINANCE AGENCY,    c/o REBECCA ANN SOLARZ,    KML Law Group, P.C.,
                 701 Market Street,    Suite 5000,    Philadelphia, PA 19106-1541
14377452       +PGW,    Credit and Collections Department,    800 W. Montgomery Ave,
                 Philadelphia, PA 19122-2806
14377450       +Penn Credit Corporation,    P.O. Box 1259, Department 91047,    Oaks, PA 19456-1259
14377451       +Pennsylvania Turnpike Commission,    Vioation Processing Center,    8000C Derry Street,
                 Harrisburg, PA 17111-5287
14377453       +Philadelphia Fed Cr Un,    12800 Townsend Rd,    Philadelphia, PA 19154-1095
14377455        Physician Billing - PB CHOP,    Lock Box 8017,    PO BOX 8500,    Philadelphia, PA 19178-8017
14377456       +Police And Fire Fede,    901 Arch St,    Philadelphia, PA 19107-2495
14377458        ProCo,    P.O. Box 2462,    Aston, PA 19014-0462
14377459       +Professional Account Services, Inc.,    PO Box 188,    Brentwood, TN 37024-0188
14377461        QVC,    Studio Park,    West Chester, PA 19380
14412988       +Quicken Loans,Inc.,    c/o REBECCA ANN SOLARZ,    KML Law Group, P.C.,    701 Market Street,
                 Suite 5000,    Philadelphia, PA 19106-1541
14377463       +Revenue Collection Bureau, Inc.,    5900 Torresdale Avenue,    Philadelphia, PA 19135-4127
14377464        Sierra Auto Finance,    PO Box 204048,    Dallas, TX 75320-4048
14377465       +Sleepys,    1000 South Oyster Bay Rd,    Hicksville, NY 11801-3527
14377467        TJUH Medical Practices,    Physician Business Services,    PO BOX 40089,
                 Philadelphia, PA 19106-0089
14377468       +United Auto Credit Co,    Po Box 163049,    Ft Worth, TX 76161-3049
14377441       +james mayer esq,    po box 35,    Westwood, NJ 07675-0035
14377462       +reliable collections,    554 Bloomfield Ave,,    Bloomfield, NJ 07003-3307
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg             E-mail/Text: megan.harper@phila.gov May 07 2020 04:22:26     City of Philadelphia,
                 City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,    1515 Arch Street 15th Floor,
                 Philadelphia, PA  19102-1595
smg             E-mail/Text: RVSVCBICNOTICE1@state.pa.us May 07 2020 04:22:06
                 Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
                 Harrisburg, PA  17128-0946
smg            +E-mail/Text: usapae.bankruptcynotices@usdoj.gov May 07 2020 04:22:20     U.S. Attorney Office,
                 c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
cr             +E-mail/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM May 07 2020 04:21:57
                 Americredit Financial Services, Inc. Dba GM Financ,    P.O Box 183853,
                 Arlington, TX 76096-3853
cr             +E-mail/Text: megan.harper@phila.gov May 07 2020 04:22:26     CITY OF PHILADELPHIA,
                 Tax & Revenue Unit,    1401 JOHN F. KENNEDY BLVD., 5TH FLOOR,    Major Tax Litigation Division,
                 Philadelphia, PA 19102-1613
cr             +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com May 07 2020 04:27:50
                 PRA Receivables Management LLC,    POB 41067,    Norfolk, VA 23541-1067
14387579        E-mail/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM May 07 2020 04:21:57
                 Americredit Financial Services, Inc.,    Dba GM Financial,    P.O Box 183853,
                 Arlington, TX 76096
14377417       +E-mail/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM May 07 2020 04:21:57
                 AmeriCredit/GM Financial,    Po Box 183853,    Arlington, TX 76096-3853
14420932        E-mail/Text: megan.harper@phila.gov May 07 2020 04:22:26     City of Philadelphia,
                 c/o PAMELA ELCHERT THURMOND,    Law/Revenue Department, Mun. Serv. Bldg.,
                 1401 John F. Kennedy Blvd., 5th Floor,    Philadelphia, PA 19102
14377421       +E-mail/Text: bankruptcy@philapark.org May 07 2020 04:22:36     City of Philadelphia,
                 Parking Violations Branch,    PO Box 41819,    Philadelphia, PA 19101-1819
14377422        E-mail/Text: documentfiling@lciinc.com May 07 2020 04:21:53     Comcast,    PO Box 3005,
                 Southeastern, PA 19398-3005
```

```
District/off: 0313-2          User: ChrissyW              Page 2 of 3                   Date Rcvd: May 06, 2020
                              Form ID: pdf900             Total Noticed: 71

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
14377423      +E-mail/Text: bankruptcy@consumerportfolio.com May 07 2020 04:22:16      Consumer Portfolio Svc,
               Po Box 57071,    Irvine, CA 92619-7071
14377425      +E-mail/Text: bankruptcy_notifications@ccsusa.com May 07 2020 04:22:37      Credit Collection Services,    725 Canton Street,    Norwood, MA 02062-2679
14377426      +E-mail/Text: bankruptcy@kornerstonecredit.com May 07 2020 04:22:20      Crest Financial Serv,
               15 West Scenic Pointe,    Salt Lake City, UT 84020-6119
14391781      +E-mail/Text: bankruptcy@kornerstonecredit.com May 07 2020 04:22:20
               Crest Financial Services LLC,    PO Box 1020,    Draper, UT 84020-1020
14377427       E-mail/Text: G06041@att.com May 07 2020 04:22:19      Directv,    PO BOX 5007,
               Carol Stream, IL 60197-5007
14377428      +E-mail/Text: bankruptcynotices@dcicollect.com May 07 2020 04:22:34      Diversified Consultant,
               Dci,    Po Box 551268,    Jacksonville, FL 32255-1268
14377429      +E-mail/Text: bknotice@ercbpo.com May 07 2020 04:22:14      ERC/Enhanced Recovery Corp,
               8014 Bayberry Rd,    Jacksonville, FL 32256-7412
14377436      +E-mail/Text: bnc-bluestem@quantum3group.com May 07 2020 04:22:34      Fingerhut,    Po Box 166,
               Newark, NJ 07101-0166
14377439      +E-mail/Text: bankruptcy@hsn.net May 07 2020 04:22:32      HSN,    Attn: collections department,
               PO Box 9090,    Clearwater, FL 33758-9090
14377440       E-mail/Text: sbse.cio.bnc.mail@irs.gov May 07 2020 04:21:57      IRS,    PO BOX 7346,
               Philadelphia, PA 19101-7346
14381408       E-mail/PDF: resurgentbknotifications@resurgent.com May 07 2020 04:27:17      LVNV Funding, LLC,
               Resurgent Capital Services,    PO Box 10587,    Greenville, SC 29603-0587
14383260       E-mail/PDF: MerrickBKNotifications@Resurgent.com May 07 2020 04:28:39      MERRICK BANK,
               Resurgent Capital Services,    PO Box 10368,    Greenville, SC 29603-0368
14377445      +E-mail/Text: bankruptcydpt@mcmcg.com May 07 2020 04:22:11      Midland Funding,
               2365 Northside Dr,    Suite 300,    San Diego, CA 92108-2709
14377449      +E-mail/Text: bankruptcygroup@peco-energy.com May 07 2020 04:21:58      PECO,    PO BOX 13778,
               Philadelphia, PA 19101-3778
14490819       E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com May 07 2020 04:27:52
               Portfolio Recovery Associates, LLC,    POB 41067,    Norfolk, VA 23541
14377448      +E-mail/Text: blegal@phfa.org May 07 2020 04:22:13      Pa Housing Finance Age,    Po Box 8029,
               Harrisburg, PA 17105-8029
14414782      +E-mail/Text: blegal@phfa.org May 07 2020 04:22:13      Pennsylvania Housing Finance Agency,
               211 North Front Street,    Harrisburg, PA 17101-1406
14395169      +E-mail/Text: bankruptcy@philapark.org May 07 2020 04:22:36      Philadelphia Parking Authority,
               701 Market St, Suite 5400,    Philadelphia, Pa 19106-2895
14377460      +E-mail/Text: ecfbankruptcy@progleasing.com May 07 2020 04:22:15      Progressive Leasing,
               256 West Data Drive,    Draper, UT 84020-2315
14380797       E-mail/Text: bnc-quantum@quantum3group.com May 07 2020 04:22:01
               Quantum3 Group LLC as agent for,    MOMA Trust LLC,    PO Box 788,    Kirkland, WA 98083-0788
14377466      +E-mail/Text: bankruptcy@sw-credit.com May 07 2020 04:22:12      Southwest Credit Systems,
               4120 International PKY,    STE 1100,    Carrollton, TX 75007-1958
14420636      +E-mail/Text: megan.harper@phila.gov May 07 2020 04:22:26      The City of Philadelphia,
               c/o Pamela Elchert Thurmond, Esq.,    City of Philadelphia Law Department,
               Municipal Services Building,    1401 JFK Boulevard, 5th Floor,    Philadelphia, PA 19102-1617
14377469      +E-mail/Text: wfmelectronicbankruptcynotifications@verizonwireless.com May 07 2020 04:21:52
               Verizon,    500 Technology Dr,    Suite 500,    Weldon Spring, MO 63304-2225
14414005      +E-mail/Text: megan.harper@phila.gov May 07 2020 04:22:27      Water Revenue Bureau,
               Pamela Elchert zthurmond,    Tax & Revenue Unit,    Bankruptcy Group, MSB,
               1401 John F. Kennedy Blvd., 5th Floor,    Philadelphia, PA 19102-1613
14377471      +E-mail/Text: megan.harper@phila.gov May 07 2020 04:22:27      Water Revenue Bureau,
               1401 JFK Boulevard,    Philadelphia, PA 19102-1663
14435337      +E-mail/Text: megan.harper@phila.gov May 07 2020 04:22:27      Water Revenue Bureau,
               c/o City of Philadelphia Law Department,    Tax & Revenue Unit,    Bankruptcy Group, MSB,
               1401 John F. Kennedy Blvd., 5th Floor,    Philadelphia, PA 19102-1613
                                                                                              TOTAL: 37

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
14388112*     ++AMERICREDIT FINANCIAL SERVICS DBA GM FINANCIAL,    PO BOX 183853,    ARLINGTON TX 76096-3853
               (address filed with court: Americredit Financial Services, Inc.,     dba GM Financial,
               PO Box 183853,    Arlington, TX  76096)
14377432*     +Fed Loan Servicing,    Po Box 60610,    Harrisburg, PA 17106-0610
14377433*     +Fed Loan Servicing,    Po Box 60610,    Harrisburg, PA 17106-0610
14377434*     +Fed Loan Servicing,    Po Box 60610,    Harrisburg, PA 17106-0610
14377435*     +Fed Loan Servicing,    Po Box 69184,    Harrisburg, PA 17106-9184
14377454*     +Philadelphia Fed Cr Un,    12800 Townsend Rd,    Philadelphia, PA 19154-1095
14377457*     +Police And Fire Fede,    901 Arch St,    Philadelphia, PA 19107-2495
14377470*     +Verizon,    500 Technology Dr,    Suite 500,    Weldon Spring, MO 63304-2225
14377438    ##+Gwynedd Mercy University EN,    480 E Germantown Pike,    Norristown, PA 19401-6506
                                                                                   TOTALS: 0, * 8, ## 1

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).
```

```
District/off: 0313-2          User: ChrissyW            Page 3 of 3             Date Rcvd: May 06, 2020
                              Form ID: pdf900           Total Noticed: 71
```

***** BYPASSED RECIPIENTS (continued) *****

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 08, 2020                                        Signature: /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 6, 2020 at the address(es) listed below:

        GEORGETTE MILLER    on behalf of Joint Debtor Lavonia Jenkins mlee@margolisedelstein.com, georgettemillerlaw@gmail.com;jcarlson@margolisedelstein.com;gmecfmail@gmail.com;smithcr50524@notify.bestcase.com;millergr50524@notify.bestcase.com;dmayberry@georgettemillerlaw.com
        GEORGETTE MILLER    on behalf of Debtor Edward L Jenkins mlee@margolisedelstein.com, georgettemillerlaw@gmail.com;jcarlson@margolisedelstein.com;gmecfmail@gmail.com;smithcr50524@notify.bestcase.com;millergr50524@notify.bestcase.com;dmayberry@georgettemillerlaw.com
        KERI P EBECK    on behalf of Creditor   Consumer Portfolio Services, Inc kebeck@bernsteinlaw.com, jbluemle@bernsteinlaw.com
        PAMELA ELCHERT THURMOND    on behalf of Creditor   CITY OF PHILADELPHIA pamela.thurmond@phila.gov, karena.blaylock@phila.gov
        REBECCA ANN SOLARZ    on behalf of Creditor   PENNSYLVANIA HOUSING FINANCE AGENCY bkgroup@kmllawgroup.com
        REBECCA ANN SOLARZ    on behalf of Creditor   PNC BANK NATIONAL ASSOCIATION bkgroup@kmllawgroup.com
        United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
        WILLIAM C. MILLER, Esq.    on behalf of Trustee WILLIAM C. MILLER, Esq. ecfemails@ph13trustee.com, philaecf@gmail.com
        WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com, philaecf@gmail.com
        WILLIAM EDWARD CRAIG    on behalf of Creditor   Americredit Financial Services, Inc. Dba GM Financial ecfmail@mortoncraig.com, mhazlett@mortoncraig.com;mortoncraigecf@gmail.com

        TOTAL: 10

UNITED STATES BANKRUTPCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:  
EDWARD L JENKINS  
LAVONIA JENKINS

Chapter 13

Debtor

Bankruptcy No. 19-15254-ELF

## ORDER

AND NOW, upon consideration of the Motion to Dismiss Case filed by William C. Miller, Standing Trustee, and after notice and hearing, it is hereby **ORDERED** that this case is **DISMISSED** and that any wage orders previously entered are **VACATED**.

**Date: May 6, 2020**

_____  
Eric L. Frank  
Bankruptcy Judge

William C. Miller, Trustee  
P.O. Box 1229  
Philadelphia, PA 19105

Debtor's Attorney:  
GEORGETTE MILLER  
335 EVESHAM AV

LAWNSIDE, NJ 08045-

Debtor:  
EDWARD L JENKINS  
LAVONIA JENKINS  
7923 BAYARD STREET

PHILADELPHIA, PA 19150-