United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                  Case No. 19-15254-elf
Edward L Jenkins                                                        Chapter 13
Lavonia Jenkins
       Debtors

# CERTIFICATE OF NOTICE

District/off: 0313-2          User: ChrissyW              Page 1 of 3              Date Rcvd: May 06, 2020
                              Form ID: pdf900             Total Noticed: 72

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
May 08, 2020.
```
db              +Edward L Jenkins,    7923 Bayard Street,    Philadelphia, PA 19150-1305
jdb             +Lavonia Jenkins,    7923 Bayard Street,    Philadelphia, PA 19150-1305
14377416         Acceptance Now,    Acceptance Now Customer Service,    501 Headquarters Dr,    Plano, TX 75024
14391533        +AmeriCredit Financial Services,    GM Financial,    c/o William E. Craig, Esquire,
                  Morton & Craig, LLC,    110 Marter Ave.Suite 301,    Moorestown, NJ 08057-3125
14377418        +AmeriFinancial Solutions. Llc,    Po Box 65018,    Baltimore, MD 21264-5018
14377419        +Avon Products,    headquarters,    777 Third Avenue,    New York, NY 10017-1401
14377420       ++CAINE & WEINER COMPANY,    12005 FORD ROAD 300,    DALLAS TX 75234-7262
                 (address filed with court: Caine & Weiner,    Po Box 5010,    Woodland Hills, CA 91365)
14377424         Credence Resource Mgmt., LLC,    P.O. Box 2390,    Southgate, MI 48195-4390
14377430        +Fed Loan Servicing,    Po Box 69184,    Harrisburg, PA 17106-9184
14377431        +Fed Loan Servicing,    Po Box 60610,    Harrisburg, PA 17106-0610
14377437         Fiserv,   PO BOX 2168,    Columbus, OH 43216-2168
14377442         Jefferson University Physicians,    Physician Business Services,    PO BOX 40089,
                  Philadelphia, PA 19106-0089
14377443        +Linebarger Goggan Blair & Sampson, LLP,    P.O. Box 90128,    Harrisburg, PA 17109-0128
14377444        +Medical Revenue Service,    645 Walnut St, Ste 5,    Gadsden, AL 35901-4173
14377446         New Avon LLC,    PO BOX 405003,    Cincinnati, OH 45240-5003
14377447        +One Advantage, LLC,    PO BOX 23918,    Belleville, IL 62223-0918
14404008        +PENNSYLVANIA HOUSING FINANCE AGENCY,    C/O KML Law Group,    701 Market Street Suite 5000,
                  Philadelphia, PA. 19106-1541
14404208        +PENNSYLVANIA HOUSING FINANCE AGENCY,    c/o REBECCA ANN SOLARZ,    KML Law Group, P.C.,
                  701 Market Street,    Suite 5000,    Philadelphia, PA 19106-1541
14377452        +PGW,    Credit and Collections Department,    800 W. Montgomery Ave,
                  Philadelphia, PA 19122-2806
14377450        +Penn Credit Corporation,    P.O. Box 1259, Department 91047,    Oaks, PA 19456-1259
14377451        +Pennsylvania Turnpike Commission,    Vioation Processing Center,    8000C Derry Street,
                  Harrisburg, PA 17111-5287
14377453        +Philadelphia Fed Cr Un,    12800 Townsend Rd,    Philadelphia, PA 19154-1095
14377455         Physician Billing - PB CHOP,    Lock Box 8017,    PO BOX 8500,    Philadelphia, PA 19178-8017
14377456        +Police And Fire Fede,    901 Arch St,    Philadelphia, PA 19107-2495
14377458         ProCo,   P.O. Box 2462,    Aston, PA 19014-0462
14377459        +Professional Account Services, Inc.,    PO Box 188,    Brentwood, TN 37024-0188
14377461         QVC,    Studio Park,    West Chester, PA 19380
14412988        +Quicken Loans,Inc.,    c/o REBECCA ANN SOLARZ,    KML Law Group, P.C.,    701 Market Street,
                  Suite 5000,    Philadelphia, PA 19106-1541
14377463        +Revenue Collection Bureau, Inc.,    5900 Torresdale Avenue,    Philadelphia, PA 19135-4127
14377464         Sierra Auto Finance,    PO Box 204048,    Dallas, TX 75320-4048
14377465        +Sleepys,   1000 South Oyster Bay Rd,    Hicksville, NY 11801-3527
14377467         TJUH Medical Practices,    Physician Business Services,    PO BOX 40089,
                  Philadelphia, PA 19106-0089
14377468        +United Auto Credit Co,    Po Box 163049,    Ft Worth, TX 76161-3049
14377441        +james mayer esq,    po box 35,    Westwood, NJ 07675-0035
14377462        +reliable collections,    554 Bloomfield Ave,,    Bloomfield, NJ 07003-3307

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg              E-mail/Text: megan.harper@phila.gov May 07 2020 04:22:22     City of Philadelphia,
                  City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,    1515 Arch Street 15th Floor,
                  Philadelphia, PA  19102-1595
smg              E-mail/Text: RVSVCBICNOTICE1@state.pa.us May 07 2020 04:22:04
                  Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
                  Harrisburg, PA  17128-0946
smg             +E-mail/Text: usapae.bankruptcynotices@usdoj.gov May 07 2020 04:22:20     U.S. Attorney Office,
                  c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
cr              +E-mail/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM May 07 2020 04:21:57
                  Americredit Financial Services, Inc. Dba GM Financ,    P.O Box 183853,
                  Arlington, TX 76096-3853
cr              +E-mail/Text: megan.harper@phila.gov May 07 2020 04:22:22     CITY OF PHILADELPHIA,
                  Tax & Revenue Unit,    1401 JOHN F. KENNEDY BLVD., 5TH FLOOR,    Major Tax Litigation Division,
                  Philadelphia, PA 19102-1613
cr              +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com May 07 2020 04:28:39
                  PRA   Receivables Management LLC,    POB 41067,    Norfolk, VA 23541-1067
14387579         E-mail/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM May 07 2020 04:21:57
                  Americredit Financial Services, Inc.,    Dba GM Financial,    P.O Box 183853,
                  Arlington, TX 76096
14377417        +E-mail/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM May 07 2020 04:21:57
                  AmeriCredit/GM Financial,    Po Box 183853,    Arlington, TX 76096-3853
14420932         E-mail/Text: megan.harper@phila.gov May 07 2020 04:22:22     City of Philadelphia,
                  c/o PAMELA ELCHERT THURMOND,    Law/Revenue Department, Mun. Serv. Bldg.,
                  1401 John F. Kennedy Blvd., 5th Floor,    Philadelphia, PA 19102
14377421        +E-mail/Text: bankruptcy@philapark.org May 07 2020 04:22:35     City of Philadelphia,
                  Parking Violations Branch,    PO Box 41819,    Philadelphia, PA 19101-1819
```

```
District/off: 0313-2          User: ChrissyW             Page 2 of 3                   Date Rcvd: May 06, 2020
                              Form ID: pdf900            Total Noticed: 72


Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
14377422       E-mail/Text: documentfiling@lciinc.com May 07 2020 04:21:52      Comcast,    PO Box 3005,
                Southeastern, PA 19398-3005
14377423      +E-mail/Text: bankruptcy@consumerportfolio.com May 07 2020 04:22:16       Consumer Portfolio Svc,
                Po Box 57071,    Irvine, CA 92619-7071
14377425      +E-mail/Text: bankruptcy_notifications@ccsusa.com May 07 2020 04:22:37
                Credit Collection Services,    725 Canton Street,    Norwood, MA 02062-2679
14377426      +E-mail/Text: bankruptcy@kornerstonecredit.com May 07 2020 04:22:20       Crest Financial Serv,
                15 West Scenic Pointe,    Salt Lake City, UT 84020-6119
14391781      +E-mail/Text: bankruptcy@kornerstonecredit.com May 07 2020 04:22:20
                Crest Financial Services LLC,    PO Box 1020,    Draper, UT 84020-1020
14377427       E-mail/Text: G06041@att.com May 07 2020 04:22:18      Directv,    PO BOX 5007,
                Carol Stream, IL 60197-5007
14377428      +E-mail/Text: bankruptcynotices@dcicollect.com May 07 2020 04:22:34       Diversified Consultant,
                Dci,   Po Box 551268,    Jacksonville, FL 32255-1268
14377429      +E-mail/Text: bknotice@ercbpo.com May 07 2020 04:22:14       ERC/Enhanced Recovery Corp,
                8014 Bayberry Rd,    Jacksonville, FL 32256-7412
14377436      +E-mail/Text: bnc-bluestem@quantum3group.com May 07 2020 04:22:34       Fingerhut,    Po Box 166,
                Newark, NJ 07101-0166
14377439      +E-mail/Text: bankruptcy@hsn.net May 07 2020 04:22:32      HSN,    Attn: collections department,
                PO Box 9090,   Clearwater, FL 33758-9090
14377440       E-mail/Text: sbse.cio.bnc.mail@irs.gov May 07 2020 04:21:56      IRS,    PO BOX 7346,
                Philadelphia, PA 19101-7346
14381408       E-mail/PDF: resurgentbknotifications@resurgent.com May 07 2020 04:27:15       LVNV Funding, LLC,
                Resurgent Capital Services,    PO Box 10587,    Greenville, SC 29603-0587
14383260       E-mail/PDF: MerrickBKNotifications@Resurgent.com May 07 2020 04:27:47       MERRICK BANK,
                Resurgent Capital Services,    PO Box 10368,    Greenville, SC 29603-0368
14377445      +E-mail/Text: bankruptcydpt@mcmcg.com May 07 2020 04:22:11      Midland Funding,
                2365 Northside Dr,    Suite 300,    San Diego, CA 92108-2709
14377449      +E-mail/Text: bankruptcygroup@peco-energy.com May 07 2020 04:21:58       PECO,    PO BOX 13778,
                Philadelphia, PA 19101-3778
14490819       E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com May 07 2020 04:27:51
                Portfolio Recovery Associates, LLC,    POB 41067,    Norfolk, VA 23541
14377448      +E-mail/Text: blegal@phfa.org May 07 2020 04:22:12      Pa Housing Finance Age,    Po Box 8029,
                Harrisburg, PA 17105-8029
14414782      +E-mail/Text: blegal@phfa.org May 07 2020 04:22:13      Pennsylvania Housing Finance Agency,
                211 North Front Street,    Harrisburg, PA 17101-1406
14395169      +E-mail/Text: bankruptcy@philapark.org May 07 2020 04:22:36       Philadelphia Parking Authority,
                701 Market St, Suite 5400,    Philadelphia, Pa 19106-2895
14377460      +E-mail/Text: ecfbankruptcy@progleasing.com May 07 2020 04:22:15       Progressive Leasing,
                256 West Data Drive,    Draper, UT 84020-2315
14380797       E-mail/Text: bnc-quantum@quantum3group.com May 07 2020 04:22:00
                Quantum3 Group LLC as agent for,    MOMA Trust LLC,    PO Box 788,   Kirkland, WA 98083-0788
14377466      +E-mail/Text: bankruptcy@sw-credit.com May 07 2020 04:22:12       Southwest Credit Systems,
                4120 International PKY,    STE 1100,    Carrollton, TX 75007-1958
14420636      +E-mail/Text: megan.harper@phila.gov May 07 2020 04:22:22       The City of Philadelphia,
                c/o Pamela Elchert Thurmond, Esq.,    City of Philadelphia Law Department,
                Municipal Services Building,    1401 JFK Boulevard, 5th Floor,    Philadelphia, PA 19102-1617
14377469      +E-mail/Text: wfmelectronicbankruptcynotifications@verizonwireless.com May 07 2020 04:21:51
                Verizon,    500 Technology Dr,    Suite 500,    Weldon Spring, MO 63304-2225
14414005      +E-mail/Text: megan.harper@phila.gov May 07 2020 04:22:23       Water Revenue Bureau,
                Pamela Elchert zthurmond,    Tax & Revenue Unit,    Bankruptcy Group, MSB,
                1401 John F. Kennedy Blvd., 5th Floor,    Philadelphia, PA 19102-1613
14377471      +E-mail/Text: megan.harper@phila.gov May 07 2020 04:22:22       Water Revenue Bureau,
                1401 JFK Boulevard,    Philadelphia, PA 19102-1663
14435337      +E-mail/Text: megan.harper@phila.gov May 07 2020 04:22:23       Water Revenue Bureau,
                c/o City of Philadelphia Law Department,    Tax & Revenue Unit,    Bankruptcy Group, MSB,
                1401 John F. Kennedy Blvd., 5th Floor,    Philadelphia, PA 19102-1613
                                                                                               TOTAL: 37

           ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
14388112*     ++AMERICREDIT FINANCIAL SERVICS DBA GM FINANCIAL,    PO BOX 183853,    ARLINGTON TX 76096-3853
               (address filed with court: Americredit Financial Services, Inc.,     dba GM Financial,
                 PO Box 183853,    Arlington, TX  76096)
14377432*     +Fed Loan Servicing,    Po Box 60610,    Harrisburg, PA 17106-0610
14377433*     +Fed Loan Servicing,    Po Box 60610,    Harrisburg, PA 17106-0610
14377434*     +Fed Loan Servicing,    Po Box 60610,    Harrisburg, PA 17106-0610
14377435*     +Fed Loan Servicing,    Po Box 69184,    Harrisburg, PA 17106-9184
14377454*     +Philadelphia Fed Cr Un,    12800 Townsend Rd,    Philadelphia, PA 19154-1095
14377457*     +Police And Fire Fede,    901 Arch St,   Philadelphia, PA 19107-2495
14377470*     +Verizon,    500 Technology Dr,    Suite 500,   Weldon Spring, MO 63304-2225
14377438     ##+Gwynedd Mercy University EN,    480 E Germantown Pike,    Norristown, PA 19401-6506
                                                                                            TOTALS: 0, * 8, ## 1

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.
```

```
District/off: 0313-2          User: ChrissyW             Page 3 of 3             Date Rcvd: May 06, 2020
                              Form ID: pdf900            Total Noticed: 72
```

***** BYPASSED RECIPIENTS (continued) *****

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 08, 2020                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on May 6, 2020 at the address(es) listed below:
              GEORGETTE   MILLER    on behalf of Joint Debtor Lavonia   Jenkins mlee@margolisedelstein.com,
               georgettemillerlaw@gmail.com;jcarlson@margolisedelstein.com;gmecfmail@gmail.com;smithcr50524@noti
               fy.bestcase.com;millergr50524@notify.bestcase.com;dmayberry@georgettemillerlaw.com
              GEORGETTE   MILLER    on behalf of Debtor Edward L Jenkins mlee@margolisedelstein.com,
               georgettemillerlaw@gmail.com;jcarlson@margolisedelstein.com;gmecfmail@gmail.com;smithcr50524@noti
               fy.bestcase.com;millergr50524@notify.bestcase.com;dmayberry@georgettemillerlaw.com
              KERI P EBECK    on behalf of Creditor    Consumer Portfolio Services, Inc kebeck@bernsteinlaw.com,
               jbluemle@bernsteinlaw.com
              PAMELA ELCHERT THURMOND     on behalf of Creditor    CITY OF PHILADELPHIA pamela.thurmond@phila.gov,
               karena.blaylock@phila.gov
              REBECCA ANN SOLARZ     on behalf of Creditor    PENNSYLVANIA HOUSING FINANCE AGENCY
               bkgroup@kmllawgroup.com
              REBECCA ANN SOLARZ     on behalf of Creditor    PNC BANK NATIONAL  ASSOCIATION
               bkgroup@kmllawgroup.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM C. MILLER, Esq.    on behalf of Trustee WILLIAM C. MILLER, Esq. ecfemails@ph13trustee.com,
               philaecf@gmail.com
              WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,   philaecf@gmail.com
              WILLIAM EDWARD CRAIG    on behalf of Creditor    Americredit Financial Services, Inc. Dba GM
               Financial ecfmail@mortoncraig.com,  mhazlett@mortoncraig.com;mortoncraigecf@gmail.com
                                                                                             TOTAL: 10
```

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | Chapter 13 |
|     EDWARD L. JENKINS | : | |
|     LAVONIA JENKINS, | : | |
|         Debtors | : | Bky. No.  19-15254 ELF |

**AMENDED**

**ORDER DISMISSING CHAPTER 13 CASE AND SETTING DEADLINE FOR APPLICATIONS FOR ALLOWANCE OF ADMINISTRATIVE EXPENSES**

      **AND NOW**, upon consideration of the Motion to Dismiss Case filed by William C. Miller, Standing Trustee ("the Trustee"), and after notice and hearing, it is hereby **ORDERED** that:

1. This chapter 13 bankruptcy case is **DISMISSED**.

2. Any wage orders previously entered are **VACATED**.

3. Pursuant to 11 U.S.C. §349(b)(3), the undistributed chapter 13 plan payments in the possession of the Trustee shall not revest in the entity in which such property was vested immediately before the commencement of the case. All other property of the estate shall revest pursuant to 11 U.S.C. §349(b)(3).

4. All applications for allowance of administrative expenses (including applications for allowance of professional fees) shall be filed within fourteen (14) days of the entry of this Order.

5. **Promptly after the expiration of the response period for any application authorized by Paragraph 4 above, Counsel for the Debtor shall file either**:

    (a) a Certification of No Response confirming that neither an objection to the proposed compensation nor an application for administrative expense has been filed; or

    (b) a Certification that an objection or an application has been filed (after which the Clerk shall schedule a hearing on all such applications).

6. If no Certification, as required above in Paragraph 5 has been entered on the docket within sixty-three (63) days of the entry of this Order, then the Standing Trustee shall: (a) if any applications for administrative expenses other than Debtor(s)' Counsel's have been filed, request a hearing thereon or (b) if no such applications have been filed, return the undistributed chapter 13 plan payments in his possession to Debtor(s) pursuant to 11 U.S.C. §1326(a)(2).

**Date: May 6, 2020**

                                                        **ERIC L. FRANK**
                                                        **U.S. BANKRUPTCY JUDGE**