## UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF PENNSYLVANIA

In Re: Edward L Jenkins and
Lavonia Jenkins

         Debtor(s)

Case No: 19−15254−elf

Chapter: 13

### NOTICE OF HEARING

To the debtor, the debtor's counsel, and any party in interest:

NOTICE is hereby given that a hearing will be held before the Honorable
Eric L. Frank , United States Bankruptcy Judge to consider:

Application for Compensation for GEORGETTE MILLER,
Debtor's Attorney, Period: 8/22/2019 to 3/31/2020, Fee: $4250,
Expenses: $370. Filed by GEORGETTE MILLER Represented by
Self

on: 6/23/20

at: 01:00 PM

in: Courtroom #1, 900 Market Street, Philadelphia, PA
19107

For The Court

Date:  6/12/20

Timothy B. McGrath
Clerk of Court