United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  
Edward L Jenkins  
Lavonia Jenkins  
   Debtors

Case No. 19-15254-elf  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0313-2   User: Pamela   Page 1 of 1   Date Rcvd: Jun 12, 2020  
         Form ID: 167   Total Noticed: 4

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 14, 2020.
```
db/jdb       +Edward L Jenkins,    Lavonia Jenkins,    7923 Bayard Street,    Philadelphia, PA 19150-1305
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
cr            +E-mail/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM Jun 13 2020 03:47:18
               Americredit Financial Services, Inc. Dba GM Financ,    P.O Box 183853,
               Arlington, TX 76096-3853
cr            +E-mail/Text: megan.harper@phila.gov Jun 13 2020 03:47:38      CITY OF PHILADELPHIA,
               Tax & Revenue Unit,    1401 JOHN F. KENNEDY BLVD., 5TH FLOOR,    Major Tax Litigation Division,
               Philadelphia, PA 19102-1613
cr            +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Jun 13 2020 05:29:57
               PRA  Receivables Management LLC,    POB 41067,    Norfolk, VA 23541-1067
                                                                                              TOTAL: 3

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 14, 2020          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 12, 2020 at the address(es) listed below:
```
              GEORGETTE  MILLER    on behalf of Joint Debtor Lavonia  Jenkins mlee@margolisedelstein.com,
               georgettemillerlaw@gmail.com;jcarlson@margolisedelstein.com;gmecfmail@gmail.com;smithcr50524@noti
               fy.bestcase.com;millergr50524@notify.bestcase.com;dmayberry@georgettemillerlaw.com
              GEORGETTE  MILLER    on behalf of Debtor Edward L Jenkins mlee@margolisedelstein.com,
               georgettemillerlaw@gmail.com;jcarlson@margolisedelstein.com;gmecfmail@gmail.com;smithcr50524@noti
               fy.bestcase.com;millergr50524@notify.bestcase.com;dmayberry@georgettemillerlaw.com
              KERI P EBECK    on behalf of Creditor   Consumer Portfolio Services, Inc kebeck@bernsteinlaw.com,
               jbluemle@bernsteinlaw.com
              PAMELA ELCHERT THURMOND    on behalf of Creditor    CITY OF PHILADELPHIA pamela.thurmond@phila.gov,
               karena.blaylock@phila.gov
              REBECCA ANN SOLARZ    on behalf of Creditor   PNC BANK NATIONAL  ASSOCIATION
               bkgroup@kmllawgroup.com
              REBECCA ANN SOLARZ    on behalf of Creditor    PENNSYLVANIA HOUSING FINANCE AGENCY
               bkgroup@kmllawgroup.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,   philaecf@gmail.com
              WILLIAM C. MILLER, Esq.    on behalf of Trustee WILLIAM C. MILLER, Esq. ecfemails@ph13trustee.com,
               philaecf@gmail.com
              WILLIAM EDWARD CRAIG    on behalf of Creditor    Americredit Financial Services, Inc. Dba GM
               Financial ecfmail@mortoncraig.com,   mhazlett@mortoncraig.com;mortoncraigecf@gmail.com
                                                                                             TOTAL: 10
```

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

In Re: Edward L Jenkins and
Lavonia Jenkins
    Debtor(s)

Case No: 19–15254–elf
Chapter: 13

**NOTICE OF HEARING**

To the debtor, the debtor's counsel, and any party in interest:

NOTICE is hereby given that a hearing will be held before the Honorable Eric L. Frank , United States Bankruptcy Judge to consider:

Application for Compensation for GEORGETTE MILLER, Debtor's Attorney, Period: 8/22/2019 to 3/31/2020, Fee: $4250, Expenses: $370. Filed by GEORGETTE MILLER Represented by Self

on: 6/23/20

at: 01:00 PM

in: Courtroom #1, 900 Market Street, Philadelphia, PA 19107

For The Court

Date: 6/12/20

Timothy B. McGrath
Clerk of Court